UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF FUNDO DE LIQUIDAÇÃO FINANCEIRA – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADO | **ORDER**<br><br>22 Misc. 154 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Fundo de Liquidação Financeira – Fundo de Investimento em Direitos Creditórios Não Padronizado ("FLF") has filed an application pursuant to 28 U.S.C. § 1782 for an order authorizing discovery from American Express Bank, Citibank N.A., Standard Chartered Bank, The Bank of New York Mellon, Novo Banco S.A., Wells Fargo Bank N.A., and JP Morgan Chase Bank N.A. (collectively, the "Banks"), by means of subpoenas served pursuant to Rule 45 of the Federal Rules of Civil Procedure.  (See FLF App. (Dkt. No. 1))

        Having considered FLF's submissions, the Court concludes – without prejudice to the timely filing of a motion to quash any of the subpoenas – that:  (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the so-called "Intel" factors favor granting FLF's application.  See, e.g., Mangouras v. Squire Patton Boggs, 980 F.3d 88, 97-98 (2d Cir. 2020) (listing the "four factors guiding [district courts'] exercise of discretion" in considering whether to grant a Section 1782 application, as enumerated in Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241, 264-65 (2004)).

        Accordingly, FLF's U.S. counsel, Baker & Hostetler LLP, is authorized to serve the subpoenas attached as Exhibits A through G to the Motion for Discovery (Dkt. Nos. 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7) on the Banks, together with a copy of this Order, no later than **July 17, 2022**.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1 and to close this case.

Dated: New York, New York
       June 17, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge